No. 73–1404. McLAUGHLIN, WARDEN, ET AL. *v.* PRIETO ET AL. C. A. 4th Cir. Motion of respondent Prieto for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for consideration in light of *Warden* v. *Marrero,* 417 U. S. 653 (1974). MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari and affirm the judgment for the reasons stated in MR. JUSTICE BLACKMUN's dissenting opinion in *Warden* v. *Marrero,* 417 U. S. 653, 664 (1974).

No. A–1190. SCATA *v.* UNITED STATES. Application for stay of mandate of the United States Court of Appeals for the Fifth Circuit presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 48, Orig. MISSISSIPPI *v.* ARKANSAS, 415 U. S. 289. It is ordered that the State of Arkansas file a response to the request of the State of Mississippi for more specific boundary line descriptions on or before July 24, 1974. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this matter.

No. 73–235. DeFUNIS ET AL. *v.* ODEGAARD ET AL., 416 U. S. 312. Motion of respondents to retax costs granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.